IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **BROCK SISNEY,**<br><br>　　　　**Plaintiff,**<br><br>**v.**<br><br>**EQUIFAX INFORMATION SERVICES LLC, et al,**<br><br>　　　　**Defendants.** | CIVIL ACTION NO.<br>1:25-cv-06830-AT-JEM |

## **ORDER**

As a senior judge of the Northern District of Georgia, I decline assignment of this case. The Clerk is directed not to substitute another case for this action.

**SO ORDERED** this 9th day of December, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Amy Totenberg*
　　　　　　　　　　　　　　　　　　　　　　**AMY TOTENBERG**
　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**